UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT KEITH SHORT, ET AL. | CIVIL ACTION NO. 24-1622-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SAMUEL YOUNT, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the following are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted: (1) Robert Keith Short's ("Short") claim that Officer Yount falsely arrested him on November 27, 2023; (2) Short's claim that he was falsely arrested on March 8, 2024; (3) Short's retaliatory arrest claim against Officer Yount; (4) Short's claim of false arrest from September 10, 2024; (5) Short's claim that Officer Mikesell made false statements in a search warrant application on November 11, 2024; (6) both Plaintiffs' claims that Defendants interfered with their emergency communications; and (7) Victoria B. McEntyre's defamation claim.

**IT IS FURTHER ORDERED** that Short's defamation claim is **DISMISSED WITH PREJUDICE** for seeking relief from a defendant immune from such relief.

**IT IS FURTHER ORDERED** that the Court shall **RETAIN** the following claims: (1) Short's false arrest claim from November 7, 2024 against Officer Mikesell; (2) Short's excessive force claim against Officer Mikesell; (3) Plaintiffs' claims that on November 15,

2024, Officers Yount and Mikesell conducted an unreasonable search of their home; and

(4) Plaintiffs' state law claims of intentional infliction of emotional distress.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 16th day of April, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE